KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**Criminal No.**
**26-CR-10053-AK**

**UNITED STATES OF AMERICA**

**VS.**

**LOGAN PATTERSON**

# DEFENDANT'S SENTENCING MEMORANDUM

## I. Introduction and Background of Defendant

The defendant, Logan Patterson, respectfully submits this sentencing memorandum detailing the application of Title U.S.C. §3553(a) to the facts and circumstances of his offenses.

Mr. Patterson is a 19-year-old man who resides with his parents as their only child residing in Plymouth, Massachusetts. The defendant's father is employed as a corrections officer and also was deployed in the military and is presently retired from the United States Army. In addition, he was retired from the Department of Corrections and is presently employed at the Toyota Warehouse in Hyannis, Massachusetts. The defendant's mother, Kelley, is employed as a sales representative.

Mr. Patterson has been fortunate to have a supportive, loving, caring family and has an otherwise normal relationship with his family, neighbors and friends. Logan has no medical concerns and has strong mental and emotional health. He acknowledges and appreciates the positive support that he has received from his friends, family and church. He is a regular communicant at the Harbor Church in Mashpee, Massachusetts.

Young Mr. Patterson has no issues with alcohol or controlled substances. He graduated in June of 2025 from Upper Cape Cod Regional Technical School with a high school diploma

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

and has focused his studies on carpentry. At present, Logan is employed as a laborer with William Andrade and Sons, Inc. in Onset, Massachusetts as a machine operator. He has shown a strong work ethic, being employed from December of 2025 to August of 2026, full time as a laborer with Harney Concrete Forms in Marstons Mills, Massachusetts and prior to that from February of 2025 to November of 2025 as an employee of Cape Associates as an apprentice carpenter. He is also registered with the Secretary of the Commonwealth of Massachusetts in a business entity as signatory of Kash Kart, LLC which is an E-Commerce, eBay resale business where he was able to make a modest turn on his time in investments.

**Sentencing Options**

The Plea Agreement indicates a total offense level of 8 with a Criminal History of 1 in that Logan has no prior criminal history. The recommended imprisonment range is 0-6 months and since the guideline range is in Zone A of the Sentencing Table, a sentence of imprisonment is not required unless applicable guideline in Chapter 2 requires such a term which it does not.

The Pre-Sentence Report submitted to the Court outlines the calculations that differ from the Plea Agreement to probation calculations as it relates to loss based on preliminary estimate from Harvard Medical School. As the Probation Department points out in paragraph 94, there is a dispute with the amount of money expended for expenses and clean up and repair. The Probation Department has therefore applied a 2 level increase pursuant to U.S.S.G. §2B1.1(b)(1)(B).

The Probation Department has determined that the defendant does not qualify for an adjustment for 0 point offender calculation pursuant to U.S.S.G. §4C1.1 but the difference makes no change in that the defendant remains in Zone A as indicated above.

Consistent with the Plea Agreement,, the United States Attorney's Office has agreed to

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

recommend the sentence within the guideline range as calculated. The defendant is therefore requesting a probationary sentence of home confinement as set forth below and commends any specific terms and conditions of supervised probation and release to this Court in its discretion.

The defendant is requesting that the Court consider his young age, youthful, impaired decision making as has been noted in so many cases of late dealing with the concept of the "developing brain." It is obvious that the defendant is attempting to develop his skills as a carpenter by trade and is asking that the Court not level a fine against him at the time of sentencing. Special Assessment, of course, is mandatory. The lowest fine would be $2000.00 U.S.S.G. §5E1.2(c)(3) with cost of prosecution in the amount of $6,222.00 annually should the Court impose home confinement and/or probation with supervision by a probation officer. Restitution will be joint and several in accordance with paragraph 106

## II. A Probationary Sentence or Home Confinement is Appropriate under §3553(A)

The defendant is requesting that this Court consider a probationary sentence at the time of sentencing. In crafting an appropriate sentence, the court must consider the factors set forth in 18 U.S.C. §3553(a). The guiding principle in sentencing is that a sentence must be sufficient but not greater than necessary. 18 U.S.C. §3553 (a); Kimbrough vs. United States, 552 U.S. 85, 101 (2007). As such, the sentencing guidelines are "merely advisory, which means that the district court has considerable leeway to impose a sentence that falls outside the range suggested." United States vs. Robinson, 433 F.3d 31, 35 (1st Cir. 2005); see United States vs. Booker, 543 U.S. 220 (2005). Indeed, the guidelines are "generalizations that can point to outcomes that may appear unreasonable to sentencing judges." See United States vs. Jimenez-Beltre, 440 F.3d, 514, 518 (1st Cir. 2006). In light of potential conflicts between the guidelines and an appropriate sentence under the circumstances, courts are free to "impose non-guideline

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

sentences that override guidelines, subject only to the ultimate requirement of reasonableness." Id.

The defendant respectfully annexes the following letters of recommendation for the Court's review;

- Kelley Patterson-defendant's mother
- Scott Patterson-defendant's father
- Tom Cahill-Chief of Department-Cambridge Fire Department (defendant's neighbor)
- Susan and John Cook-has known the defendant and his family since the age of 6
- David Thiesing-family friend
- Brian F. Turnbull-has known the defendant for 18 years (friend of the family)
- Michael Grant-family friend through ownership of his restaurant in Carver, MA
- Mark Harney, President of Harney Concrete Forms-the defendant's employer
- Thom Martens-15 year neighbor

Logan Patterson,
By his attorney

/s/Kevin J. Reddington, Esq.

Dear Honorable Judge Kelley, June 15, 2026

My name is Kelley Patterson and I am respectfully writing a character letter for my son, Logan Patterson, as he faces sentencing in your court. It is my sincere hope that this letter gives perspective for who he is as a young man and his commitment to moving forward as a responsible and productive member of his community.

Logan has always been a very happy, positive, energetic, and hard-working person. As a child, people always commented on how kind, respectful and polite he is. He was raised to be considerate of others. As a little boy he always held the door for people, especially women, and he would often say "Ladies, first". To this day, whenever he finds a bug in the house, he scoops it up and puts it outside. He routinely assists neighbors with shoveling, yardwork, and chores. In high school he enjoyed volunteering for Bourne Homeless for the Holidays and the Annual School Craft Fair.

He has played basketball from age six through high school. He has played on many school, travel, and AAU teams and has always been a caring and empathetic teammate and friend. Whenever his team lost a game, he would say to me "in basketball you're either winning or learning." He would explain that each loss was an opportunity to learn and get better.

Logan has always had an entrepreneurial spirit. From selling his hand made rainbow loom bracelets as a kid, to his current eBay resale business, he's always shown a strong work ethic. He currently works in the trades where work can be unsteady and sometimes inconsistent. He started his own eBay resale shop to help supplement the "down-times" in his employment. He understands the value of creating opportunities through honesty and hard work and hopes to one day own his own business.

Prior to this, Logan was employed as an apprentice carpenter with a custom luxury Cape Cod homebuilder. He had been a high school intern and was offered a full-time position after graduation. It was his dream job. When Logan was arrested, he called work to explain his absence and situation. It was very important to him that they hear it directly from him first. Ultimately, he was let go due to his circumstances.

I'll never forget the maturity and accountability Logan demonstrated in response to losing his job. He told me that despite his disappointment he knew that being up front and truthful with work was the right thing to do. He said that he understood that this was a result of his actions and a consequence of his choices. He has accepted responsibility and understands the seriousness of his mistake. He has shown perseverance and quickly found another job working as a concrete form carpenter.

Throughout this process, Logan has shown deep remorse, growth and increased maturity. He has the love and support of family, friends and neighbors in his home and church community. I wholeheartedly believe in his ability to learn from his mistakes and create a better future. Logan has our unconditional love. Our family will continue to stand by him, offer guidance and support, and hold him accountable as he continues to grow into adulthood.

No parent ever wants to see their child stand before a court. It is heartbreaking. But I also believe that people can learn from their mistakes and become better because of them. I truly believe Logan is doing that. I sincerely thank you for your time and consideration as you make your decision.

Respectfully,

Kelley Patterson

Dear Honorarable Judge

June 15, 2026

My name is Scott Patterson. I am Logan Patterson's father. I am writing this letter to tell you about the kind of person my son is. I respect the Court and understand the seriousness of why Logan is here. I am not trying to make excuses for what happened. I simply want to share what I know about his character.

Logan has always been a kind, respectful, and hardworking young man. He cares deeply about his family, friends, and other people. He has always treated others with respect and has a caring heart.

There are two moments that have stayed with me over the years.

One day we were stopped at an intersection where a man was holding a sign asking for help. I wasn't sure if I should give him anything. Logan looked at me and said, "Dad, everyone needs help at some point in their life. We should help." That has always stayed with me because it showed the kind of compassion he has for people, even strangers.

Another time, someone cut us off in traffic and gave me an offensive hand gesture. I was very angry. Logan calmly said, "Dad, maybe something really bad is happening in his life today." Instead of getting angry, Logan chose to think about what the other person might be going through. That showed me the kind of person he is.

Logan accepts responsibility for his actions and knows he made a serious mistake. Since graduating from high school, he has worked full time and has always wanted to build a better future. Over the last eight months, he started his own eBay business and recently formed an LLC because he hopes to build a wholesale business. He has also been attending church regularly and is preparing to be baptized in the coming weeks. I have seen him working hard to become a better man.

As his father, and as someone who served our country in the U.S. Army, I believe in personal responsibility, accountability, and second chances for those who are willing to earn them. I will continue to support Logan while also holding him accountable. Our family will do everything we can to help him stay on the right path. I truly believe this mistake does not define who Logan is or who he will become.

Thank you for taking the time to read my letter and for considering my thoughts as you make your decision.

Respectfully,
Scott Patterson
Scott Patterson,

SSG,USA (Ret.) / MA State Employee (Ret.)

# CITY OF CAMBRIDGE
FIRE DEPARTMENT
ISO Class 1 Fire Department
HEADQUARTERS
491 BROADWAY, CAMBRIDGE, MA. 02138

617-828-8876

**THOMAS F CAHILL JR**
CHIEF OF DEPARTMENT

**JOHN J COTTER**
ASSISTANT CHIEF

**SCOTT A VOLZ**
ASSISTANT CHIEF

**SEAN P WHITE**
ASSISTANT CHIEF


May 18, 2026

To Whom it May Concern,

I am writing on behalf of Logan Patterson who lives at 23 Cape Cod Ave in Plymouth MA. I have known Logan for many years and can speak highly of his character as a neighbor and friend of my family. Logan has lived directly across the street from my elderly in-laws and has been nothing short of a commendable person in the way he has treated them.

As a former arson investigator for the City of Cambridge and the current Fire Chief, I can appreciate the gravity of Logans past actions. Logans' actions were serious, but they do not represent his true character and certainly should not negatively impact the future of a young person who made a regrettable mistake. Logan has expressed his regret for being involved in these actions, and as a Fire Chief, I am supportive of him and confident that he would not put himself in a similar position again.

Please feel free to reach out to me directly if you choose.

Respectfully,

Tom Cahill
Chief of Department
Cambridge Fire Department
Cambridge, MA 02138
617-828-8876

Ms. Susan Rossi Cook

Mr. John Cook

5 Kingswood Drive

Franklin, MA 02038[1]

April 28, 2026

Re: Logan Patterson

Dear Honorable Judge:

This letter is sent on behalf of Logan Patterson for consideration in the matter before the Court.

My husband and I have had the pleasure of getting to know Logan and his parents, since Logan was six (6) years old when he and his mother became our neighbors in Plymouth, MA. Our Plymouth home is a second home; however, we spend most weekends throughout the year there and especially in the summer months between May and November.

The Patterson's, including Logan, interact with us regularly and Logan has voluntarily helped my husband and other neighbors with projects around the house. He is reliable and diligent in his efforts. Logan has always carried himself in a polite and respectful manner. He has and continues to call me and my husband Mrs. and Mr. Cook.

We have had many opportunities to observe Logan with his family and within the neighborhood community. Logan has a strong and positive relationship with both of his parents. He is a valued member of our small Manomet community.

He resides primarily with his mother, but his father is often at home, helping Logan and his mother with errands and projects around the house. They also spend most weekends together doing things as a family. Logan's father and Logan voluntarily spend a considerable amount of time together. He is a child who matters to his community and who is deeply loved by his parents. His parents are positive role models for Logan. They treat each other with respect and are civil in their interactions. They support each other and they work together in raising and when needed disciplining their son.

---

[1] Also 19 Cape Cod Ave., Plymouth, MA 02760

Logan is respectful of his elders, thoughtful of his parents and we recognize that his good manners, and well-behaved actions do not occur without a strong foundation and parental love, guidance and appropriate discipline.

Logan has a family and neighborhood community that is there to support him and guide him as he enters adulthood.

We are asking that the Court consider this letter when determining Logan's sentence for the actions committed and for which he has shown remorse and taken responsibility. He is kind, thoughtful and a good kid and we would hate this episode to define the rest of his life.

Respectfully,

Susan and John Cook

David Thiesing
1 Oxford Road
East Sandwich, Ma 025537
[508] 681-5020

To the Honorable Judge,

My name is David Thiesing, I am writing to respectfully offer my personal knowledge of Logan Patterson in support of his disposition before this Court. I understand the seriousness of the matter before this Court and do not take lightly the privilege of addressing Your Honor.

I have known Logan and his family for approximately six years. I work alongside his father, Scott and we also share membership at Harbour church. Through these two relationships as a colleague and as a fellow member of our faith community I have had the opportunity to observe Logan grow from a young boy into a young man, and I can speak to his character with both sincerity and confidence.

Logan has always struck me as a young man of genuine decency. He is respectful, thoughtful, and has been raised in a household that places strong emphasis on faith, integrity, and responsibility. I have watched him participate in our church community, treat elders with deference, and show kindness to those around him. The person I know is not defined by the mistake that brings him before this Court.

I am aware that Logan has made a serious error in judgment, one that has consequences I do not write to minimize what occurred or to suggest that accountability is unwarranted. I write because I believe, based on everything I have seen over the years, that this offense is profoundly out of character for him. He is eighteen years old, and this is, to my knowledge, the first time he has faced any legal consequence of any kind. I am confident this experience has already had a lasting and sobering impact on him and on his family.

I respectfully ask this Court to consider Logan's age, his character, his supportive family, and the absence of any prior record when determining the appropriate outcome in this matter. I believe he has the foundation, the family support, and the personal character to make better decisions going forward and to become a productive, contributing member of society.

I am grateful for the Court's time and consideration.

Respectfully submitted, May 27, 2026

Brian F Turnbull

3212 Pennington Drive

Walpole, MA 02081

(603) 901-2045

April 21, 2026

Subject: Character Reference for Logan D. Patterson

To Whom it May Concern:

I am writing this letter on behalf of Logan D. Patterson, whom I have known for approximately eighteen years. I am a longtime friend of his parents Kelly and Scot Patterson. I served with Logan's father Scot for twenty years in the US Army Reserves including a two year deployment EUCOM (European Command) in Stuttgart, Germany. Logan D. Patterson is a kind, considerate and responsible young man. He attended and graduated from vocational tech high school and is seeking a career in the carpentry or mechanical trades. While in high School, Logan loved to play basketball and attend Boston Celtics games with his father. What impresses me most about Logan, is his positive attitude and his willingness to help others. For example, he did not hesitate to help many of his neighbors this past winter by shoveling walkways and driveways. He does not have to be asked, he offers help to whoever needs it, because it's the right thing to do.

Logan Patterson is from a loving family of warm, generous and hardworking people, many of whom work in the public safety sector. Logan Patterson and his father have been attending Sunday church services to commit to his spiritual growth and moral education. Logan is sincerely remorseful for his past action and is willing to make amends. He understands that actions have consequences. Logan Patterson is developing into a fine young man who belongs to a strong, successful family that can give him guidance and support to accomplish his growth into a responsible citizen.

Sincerely,

Brian F. Turnbull

Brian F. Turnbull

Fiscal Officer, Massachusetts State Treasury (retired)

SFC, US Army Reserve (retired)

**Dear Judge Angel Kelley,**

**My name is Michael Grant. I am a resident of Carver, Massachusetts and the owner of Jefe's A Betta Bar & Grille in Plymouth, Massachusetts.**

**I first met Logan Patterson approximately three years ago when he became a frequent customer at my restaurant. From the very beginning, I was impressed by the level of respect, amicability, and positivity he consistently displayed. Logan would often ask thoughtful questions about operating a business, customer service, and entrepreneurship. It was clear to me that he had ambitions of one day owning and operating a business of his own.**

**Over the years, I observed Logan interact not only with myself, but also with staff and other customers. He always carried himself respectfully and brought positive energy into the room. He was the type of young man who made genuine conversation with people and treated others with kindness and consideration.**

**As a young man myself, I also made mistakes that could have jeopardized my future. At the time, I believed some of the decisions I made were harmless and simply done in good fun. Looking back now, I realize how much remorse, accountability, and the opportunity for a second chance helped shape the person I became and the life I have today. Because of that experience, I understand how important it is to recognize potential in a young person and allow room for growth and redemption.**

**In my experience, Logan has demonstrated strong character, ambition, and a willingness to learn and grow. I truly believe he has the potential to contribute positively to his community and future endeavors.**

**I respectfully ask the Court to take my observations of Logan's character into consideration.**

**Sincerely,**

**Michael Grant**
**Carver, Massachusetts**
**Owner, Jefe's A Betta Bar & Grille**

Harney Concrete Forms, Inc.
161 White Moss Drive
Marstons Mills, MA 02648

May 26, 2026

To Whom It May Concern,

I am writing this letter in my capacity as the President of Harney Concrete Forms. Inc. Logan Patterson has been employed by my company since November 2025. During this time, I have come to know Logan as a reliable, hardworking, and respectful individual who consistently demonstrates integrity in both professional and personal interactions. In his role as a concrete form carpenter, Logan has shown dedication to his duties and has also been punctual and dependable.

I understand that Logan is currently involved in a legal matter. While I am not in a position to comment on the specifics of the case, I can attest to the fact that, in my experience, he has conducted himself with honesty, responsibility, and respect for rules and procedures. I would ask you to take into account his work ethic, good character and commitment to growth.

I hope this letter provides the court with some insight into Logan's character as I have observed it. Thank you for your time and consideration. Should you require any further information, please feel free to contact me.

Sincerely,

Mark Harney, President
mgharney@aol.com
508-428-9597

MAY 2026

TO WHOM IT MAY CONCERN

MY NAME IS THOM MARTENS.

I HAVE BEEN A LONG TIME (APPROX. 15 YRS.) NEIGHBOR OF THE PATTERSONS. I LIVE DIRECTLY ACROSS THE STREET FROM THEM AT 24 CAPE COD AVENUE, PLYMOUTH.

I HAVE BEEN ASKED TO SUBMIT A VIEW OF LOGAN.

OVER THE YEARS, I HAVE COME TO NOTICE HIS DEMEANOR IN EVERYDAY CHORES. MY DECEASED WIFE ANNE AND I WOULD COMMENT ON HOW RESPECTFUL LOGAN WAS TO HIS PARENTS AND HIS ATTITUDE TOWARD HELPING OTHERS, I.E. SHOVELING SNOW, REPAIRING A FENCE GATE, TRYING TO HELP WITH AN AUTOMOTIVE PROBLEM, ETC. HE SEEMS ALWAYS CHEERFUL, PLEASANT AND CORDIAL.

ALL-IN-ALL, HE IS A FINE YOUNG MAN, IN MY OPINION.

I HAPPILY OFFER THIS ASSESSMENT OF LOGAN FROM MY PERSPECTIVE AS HIS NEIGHBOR.

I HOPE THIS IS HELPFUL.

THOM MARTENS

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

**CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Logan Patterson, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 24, 2026.

DEFENDANT'S SENTENCING MEMORANDUM

/s/Kevin J. Reddington, Esq.